**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7173**

_____

RICARDO D. JONES,

Petitioner - Appellant,

versus

ALTON BASKERVILLE, Warden,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-01-209)

_____

Submitted: September 13, 2001     Decided: October 2, 2001

_____

Before WILKINS, KING, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ricardo D. Jones, Appellant Pro Se. Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricardo D. Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Jones v. Baskerville</u>, No. CA-01-209 (E.D. Va. June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>